UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-cr-00296-01 |
| VERSUS | * | JUDGE FOOTE |
| MOHIT CHAUHAN | * | MAG. JUDGE MARK L. HORNSBY |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 4 of the Indictment.

Shreveport, Louisiana, this 22 day of Sept 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE